UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RUBEN C. JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:09CV00974 ERW |
| | ) | |
| JILL McGUIRE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court on petitioner's motion to proceed in forma pauperis and motion for certificate of appealability. This case has been closed for nearly a year. The motions are moot, and the Court will not accept any further pleadings or motions in this closed case.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis and motion for certificate of appealability [docs. #13, #14] are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall not accept for filing any further pleadings or motions in this closed case.

So Ordered this 21st day of June, 2010.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE